United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 29, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60083
Summary Calendar

MATTIE L. BROWN,

                                        Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:01-CV-98-LS
--------------------

Before BENAVIDES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Mattie L. Brown appeals from the district court's judgment
affirming the Commissioner of Social Security's denial of
disability benefits.  She argues that the Administrative Law
Judge's ("ALJ") decision was contrary to the overwhelming weight
of the evidence and that the ALJ erroneously assessed her
credibility.  She also argues that the ALJ failed to consider and
make findings concerning her subjective complaints of pain.
After reviewing the briefs and the record, we conclude that the

-------------------------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ALJ applied the correct legal standard and that the decision was supported by substantial evidence.  See Newton v. Apfel, 209 F.3d 448, 455-56 (5th Cir. 2000); Greenspan v. Shalala, 38 F.3d 232, 237 (5th Cir. 1994).

Brown argues that her case should be reversed based on Lovelace v. Bowen, 813 F.2d 55 (5th Cir. 1987), because she cannot afford medical treatment for her condition.  In addition to being inadequately briefed, this issue was not raised in the district court, and we decline to consider it.  See Castillo v. Barnhart, 325 F.3d 550, 553 (5th Cir. 2003); Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.